Julius Bien Company, Appellant, v. P. J. Carlin Construction Company and Patrick J. Carlin, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Heyman Shapiro and Others, Respondents, v. Abraham Quint and Reuben Quint, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Alfred Shultz.— Motion granted.

Jesse Bronner v. Stephen J. Stillwell.— Motion granted, with ten dollars costs.

Charles Hensle Realty Company v. The City of New York. The People of the State of New York ex rel. Arthur E. Gunn v. James A. Henderson. The People of the State of New York ex rel. George F. Lecron v. James Creelman. The People of the State of New York ex rel. William A. Rose v. Cyrus G. Miller. The People of the State of New York ex rel. Charles H. Topping v. William A. Prendergast. Barbara Schneider v. The City of New York.—Motions granted, with ten dollars costs.

The People of the State of New York ex rel. Jane A. Smitley v. William F. Schneider.— Motion granted.

Nathan Swartz v. The City of New York.— Motion granted unless appellant complies with terms stated in order.

Rosie Scaravagline v. The Board of Education of the City of New York. Motion granted, with ten dollars costs.

James J. Waters v. The City of New York.— Motion granted.

Charles P. Notman v. Bermuda Atlantic Steamship Company.— Motion granted, with ten dollars costs.

Conrad M. Braker v. New York Finance Company.— Motion denied.

Lizzie Van Boskerck v. William L. Hayward and Others.— Motion to dismiss granted. Memorandum per curiam.

John Quinn v. Francis P. Rawle.— Motion granted unless appellant complies with terms stated in order.

Joseph Wiener v. Sadie Wiener.— Motion granted, with ten dollars costs.

Mary O'Beirne v. Peter Callan and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order.

Philip Callan v. Peter Callan and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order.

Ida Felsher, an Infant, v. William Ladew Feed Company.— Motion to dismiss appeal granted, with ten dollars costs.

James J. Maher v. Nicol Mandl.— Motion to dismiss appeal granted, with ten dollars costs.

William Grass v. Van Dyck Gravure Company.— Motion denied, with ten dollars costs. Order signed.

Michael E. Howatt v. William M. Barrett, as President, etc.—Application granted. Order signed.

Nache Sandzig v. Jacob Eckstein, Impleaded, etc.—Application denied, with ten dollars costs. Order signed.